## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

DANIEL ODOM,                    :
AIS 108776,
                                :
    Petitioner,
                                :
vs.                                         CA 09-0447-WS-C
                                :
JERRY FERRELL,
                                :
    Respondent.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 21, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of December, 2009.


                    s/WILLIAM H. STEELE
                    **UNITED STATES DISTRICT JUDGE**