## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

DANIEL ODOM, :
AIS 108776,
:
    Petitioner,
:
vs.                             CA 09-0447-WS-C
:
JERRY FERRELL,
:
    Respondent.

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's request for habeas corpus relief, pursuant to 28 U.S.C. § 2254, be dismissed as time-barred pursuant to 28 U.S.C. § 2244(d).

**DONE** this 8th day of December, 2009.

                       s/WILLIAM H. STEELE
                       **UNITED STATES DISTRICT JUDGE**